# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, et al.,<br>                      Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, et al.,<br>                      Plaintiff,<br><br>vs.<br><br>CROSSMEDIA, INC.,<br>                      Defendant. | Adv. Proc. No. 22-50188 (CTG) |

## ORDER APPROVING STIPULATION FOR FURTHER EXTENSION
## OF TIME FOR THE DEFENDANT TO RESPOND TO THE COMPLAINT

Upon consideration of the *Stipulation for Further Extension of Time for the Defendant to Respond to the Complaint* (the "Stipulation") filed by the Chapter 7 Trustee and the Defendant; and the Court having reviewed the Stipulation, a copy of which is attached hereto as **Exhibit 1**; and good cause appearing for the relief requested therein, it is hereby ORDERED THAT:

1. The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

2. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: June 22nd, 2022
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_LA:343401.2 05233/004